BARKETT, Justice.
We have for review Green v. State, 528 So.2d 1233 (Fla. 1st DCA 1988), based on express and direct conflict with State v. Wells, 539 So.2d 464 (Fla.1989) (on rehearing). We have jurisdiction. Art. V, § 3(b)(3), Fla. Const. The district court below expressly relied on the holding of Miller v. State, 403 So.2d 1307 (Fla.1981), superseded by Colorado v. Bertine, 479 U.S. 367, 107 S.Ct. 738, 93 L.Ed.2d 739 (1987) as recognized in State v. Wells, 539 So.2d 464 (Fla.1989) (on rehearing). Accordingly, we quash the opinion below and remand for reconsideration in light of Wells.
It is so ordered.
EHRLICH, C.J., and OVERTON, McDonald, SHAW, GRIMES and KOGAN, JJ., concur.